1072

[No. 19871-5-III. Division Three. January 10, 2002.]

ALCAN ELECTRICAL & ENGINEERING CO., INC., *Respondent*, v. SAMARITAN HOSPITAL, ET AL., *Respondents*, GILBERT H. MOEN COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 93-2-00720-1, Evan E. Sperline, J., entered December 6, 2000. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.

[No. 19893-6-III. Division Three. January 10, 2002.]

THE STATE OF WASHINGTON, *Petitioner*, v. RANDY RUSSELL WESTENSKOW, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 00-1-00125-1, Evan E. Sperline, J., entered December 22, 2000. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.

[No. 19936-3-III. Division Three. January 10, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES RAY FEBUS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-1-00466-0, Richard J. Schroeder, J., entered February 2, 2001. *Dismissed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Kato, JJ.